AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DONALD RAY SHADOWENS | ) Case No. 8:22-mj-1825-CPT |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15-17, 2022__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | received child pornography |

This criminal complaint is based on these facts:

See Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Sara Angelosanto, Special Agent, HSI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P.4. and 4(d).

Date: August 19, 2022

_____
Judge's signature

City and state: Tampa, Florida

CHRISTOPHER P. TUITE, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Angelosanto, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I am currently assigned to HSI, Special Agent in Charge (SAC), Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252 and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography. I have investigated, conducted searches and arrests, and assisted with other agents' cases pertaining to these types of investigations. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Donald Ray SHADOWENS ("**SHADOWENS**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **SHADOWENS** received child pornography, in violation 18 U.S.C. § 2252(a)(2).

3. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, law enforcement officers, agency reports, and the review of documents provided by witnesses and law enforcement officers. Because this affidavit is being

submitted for the limited purpose of seeking authorization to arrest **SHADOWENS**, I have not set forth each and every fact learned during the course of this investigation.

## BACKGROUND CONCERNING FACEBOOK

4. Meta Platforms owns and operates a free-access social networking website under the name Facebook that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

5. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

6. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are

2

typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

7. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

8. Facebook can be accessed from devices with Internet connectivity, such as personal computers, tablets and smartphones. Facebook is available for download through the iOS App Store and the Google Play store on most iOS (iPhone/iPod/and iPad) and Android (including Kindle Fire) devices.

## BACKGROUND ON TELEGRAM

9. Telegram is a globally accessible freemium, cross-platform, cloud-based instant messaging (IM) service. The service also provides optional end-to-end encrypted chats and video calling,[10] VoIP, file sharing and several other features.

3

10. The servers of Telegram are distributed worldwide with five data centers in different regions, while the operational center is based in Dubai, United Arab Emirates. Various client apps are available for desktop and mobile platforms including official apps for Android, iOS, Windows, macOS and Linux (although registration requires an iOS or Android device and a working phone number).

11. Telegram provides optional end-to-end encrypted chats. Cloud chats and groups are encrypted between the app and the server, so that ISPs and other third parties on the network can't access data. Users can send text and voice messages, make voice, and video calls, and share an unlimited number of images, documents (2 GB per file), user locations, animated stickers, contacts, and audio files. Users can also follow channels.

12. Telegram accounts are tied to telephone numbers and are verified by SMS or phone call. Account creation requires an iOS or Android device regardless of the platform intended to be used. Users can add multiple devices to their account and receive messages on all of them. Connected devices can be removed individually or all at once. The associated number can be changed at any time and when doing so, the user's contacts will receive the new number automatically. In addition, a user can set up a username as an alias that allows them to send and receive messages without exposing their phone number. Telegram accounts can be deleted at any time and they are deleted automatically after six months of inactivity by default, which can optionally be changed from 1 month at the shortest up to 12 months at most with a

range between. Users can replace exact "last seen" timestamps with broader messages such as "last seen recently".

13. The default method of authentication that Telegram uses for logins is SMS-based single-factor authentication. A one-time passcode that is sent via SMS to the user's phone number is required to log into the account by default. Users also have the option to create a password as a form of two-step verification.

14. Telegram's default messages are cloud-based and can be accessed on any of the user's connected devices. Users can share photos, videos, audio messages and other files (up to 2 gigabytes per file). Users can send messages to other users individually or in groups of up to 200,000 members. Sent messages can be edited up to 48 hours after they have been sent and can be deleted at any time on both sides. Messages in all chats, including groups and channels, can be set to auto-delete after 24 hours, 7 days or a month, although this will only apply to messages sent after the auto-delete timer is enabled. People can react to messages, choosing from a range of emoji. A user can only send one reaction and tapping on any other reaction will switch to it. In groups, a list of people who reacted is available. Reactions are always on in personal chats but have to be enabled by the admin in groups and channels, fully or partially, with a smaller number of reactions chosen.

15. Messages can also be sent with client-to-client encryption in so-called secret chats. These messages are encrypted with the service's MTProto protocol. Unlike Telegram's cloud-based messages, messages sent within a secret chat can be accessed only on the device upon which the secret chat was initiated and the device

5

upon which the secret chat was accepted. Messages sent within secret chats can, in principle, be deleted at any time and can optionally self-destruct. Secret Chats are only available on the Android, iOS and macOS clients of the app.

16. Telegram Channels are a form of one-way messaging where admins are able to post messages but other users are not. Any user is able to create and subscribe to channels. Channels can be created for broadcasting messages to an unlimited number of subscribers. Channels can be publicly available with an alias and a permanent URL so anyone can join. Users who join a channel can see the entire message history. Users can join and leave channels at any time. Depending on a channel's settings, messages may be signed with the channel's name or with the username of the admin who posted them. Non-admin users are unable to see other users who've subscribed to the channel. The admin of the channel can view statistics about channel activity as each message has its own view counter, showing how many users have seen this message, including views from forwarded messages.

17. Telegram introduced its own end-to-end encrypted voice calls. Connection is established as peer-to-peer whenever possible, otherwise the closest server to the client is used. According to Telegram, there is a neural network working to learn various technical parameters about a call to provide better quality of the service for future uses.

18. Telegram added group voice chats in December 2020. Any group or channel admin can launch a chat, which will be open to all members and ongoing even if no one is currently using it. Admins can mute members by default or

selectively as well as create invite links that will add people as muted by default. Members can use the Raise Hand button to signal their desire to speak. A push-to-talk option is available on mobile versions, as well as key shortcuts to mute and unmute oneself on Telegram Desktop. Admins of groups or channels have the option to join as their group or channel, hiding their personal account. Users can also record chats with a red dot shown as a warning during the recording period.

### INFORMATION REGARDING IP ADDRESSES

19. An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address can be one of two versions; IPv4 or IPv6. An IPv4 address is a series of four octets of numbers expressed in decimal form, each in the range 0-255, separated by periods (e.g., 121.56.97.178). An IPv6 address is a series of eight groups of four hexadecimal digits in the range of 0-9 and a-f, separated by colons (e.g., 2001:0db8:0000:0000:0000:ff00:0042:8329). Every computer accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.

20. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP can re-assign a different IP address to a computer or device more often than a long-term static IP address though not necessarily every time the computer or device accesses the internet. Dynamic IP addresses can be held by one computer or device for weeks or months at a time. IP addresses might also be "static," if an ISP assigns a user's

computer to a particular IP address that is used every time the computer accesses the Internet. Most static IP addresses are paid for on a premium and assigned to businesses or large websites that are frequently accessed by a large number of users such as amazon.com, google.com, yahoo.com, etc.

21. ISPs typically maintain logs of the subscribers to whom IP addresses, both dynamic and static, are assigned on particular dates and times. When an ISP assigns an IP address to a subscriber, the IP address has a lease start date. On the lease start date, the subscriber will then begin accessing the internet using that particular IP address. After an indeterminate amount of time, the lease will end, and a new lease will start. Often, when the new lease starts, the IP address does not change, and the subscriber will continue accessing the internet with the same IP address. Therefore, the end of a lease does not necessarily signify termination of service by a customer. When a modem MAC is assigned an IP address by an ISP, it will commonly retain this IP address as long as it remains powered on or is available upon returning to power.

22. When an individual is accessing the internet through a modem, such as at a residence, their device utilizes the modem's IP address because it is accessing the internet through the modem. Bearing this in mind, multiple individuals and/or devices can access one modem at any one time. This means that many devices and people in a residence may be accessing the internet at any one time with the same IP address.

8

## **PROBABLE CAUSE**

23. In or around March 2022, HSI Tampa received a tip from the National Center for Missing and Exploited Children (NCMEC). This tip was reported by Facebook/Meta and stated that on or about October 26, 2021, at approximately 4:30:17 UTC, Facebook user, "todd.paul.969," uploaded a video of child pornography utilizing IP address 2607:fb90:d015:11f4:0:32:b1b0:e101. Facebook/Meta provided the following subscriber information to NCMEC:

| | |
|---|---|
| Name: | Todd Paul |
| Mobile Phone: | +17314416635 (Verified) |
| Date of Birth: | 12-10-1979 |
| Email Address: | joynertodd26@gmail.com (Verified) |
| Screen/User Name: | todd.paul.969 |
| ESP User ID: | 100049039980791 |
| IP Address: | 2607:fb90:d025:bb2e:0:27:59dc:6401 (Login) 10-12-2021 19:32:58 UTC |
| IP Address: | 2607:fb90:d015:11f4:0000:0032:b1b0:e101 [1](Other) 10-24-2021  01:20 UTC |

---

[1] IPv6 addresses are hexadecimal and since they are 128-bit, are very long. There are three acceptable ways to shorten the addresses. First, if there is a string of zeros, then the string can be removed once. Second, four zeros in a row, a hextet, can be removed and replaced by one zero. Third, leading zeros can be removed. Common examples of abbreviations of IPv6 addresses are as follows:
Example1 (changes are bold and underlined):
Original: 2041:0000:140F**:0000:0000:0000:**875B:131B
Short: 2041:0000:140F**::**875B:131B
Shorter: 2041**:0:**140F**::**875B:131B
Example 2 (changes are bold and underlined):
Original: 2001**:0001:0002:0003:0004:0005:0006:0007**
Short: 2001**:1:2:3:4:5:6:7**

9

24. On or about July 8, 2022, HSI Tampa executed a search warrant by viewing the video of child pornography submitted by Facebook/Meta through NCMEC to HSI Tampa. The video can be described as follows:

    a. "almBydJ9j2OozSQN249080997_6738642842843278_2026378527347051785_n.mp4": This video is one minute and thirty-eight seconds (1:38) and depicts a prepubescent male between the ages of three and six. The prepubescent male is laying on his back, wearing no underwear and a t-shirt. The prepubescent male's genitals were exposed to the camera. The prepubescent male is anally penetrated by an adult male.

25. On or about March 17, 2022, HSI Tampa received a summons response from T-Mobile for the subscriber information linked to IP addresses 2607:FB90:D015:11F4:0000:0032:B1B0:E101 and 2607:FB90:D025:BB2E:0000:0027:59DC:6401. T-Mobile identified that both IP addresses were attributed to phone number 662-XXX-5084. T-Mobile provided the following subscriber information for phone number 662-XXX-5084.

    Subscriber Name:    Craigan Joyner
    Subscriber Address:    82 Herron Ave Jackson, TN 38301
    Activation Date:    9/20/2021

26. On or about March 3, 2022, Dickson County Sheriff's Office (DCSO)[2] received a summons response from Google for the subscriber information linked to joynertodd26@gmail.com. The following subscriber information:

Name: Todd Joyner

Created on: 6/30/2021 11:47:06: UTC

Terms of Service IP: 2607:fb90:4345:990:a5b1:eacf:4ddb:b5c7

Additionally, Google provided a number of IP addresses for logins associated with the account. It was identified that on or about October 12, 2021 through October 16, 2021, the account utilized IP address 2607:fb90:d025:bb2e:0:27:59dc:6401.

27. Google also provided billing information linked to joynertodd26@gmail.com. The information is as follows:

ADDRESSES
BILLING,LEGAL
Joshua Tripp
DICKSON, TN 37055
BILLING, TAX, SHIPPING, DEFAULT
Joshua Tripp
606 Lembo Circle 103
Clearwater, FL 33756
BILLING,TAX,SHIPPING,DEFAULT
Joshua Tripp

---

[2] This NCMEC tip was originally sent to the Dickson County Sherriff's Office in Tennessee due to the geo-location of the IP addresses in the Memphis, TN area. It was later determined that the suspect, Joshua TRIPP, relocated during the investigation to Clearwater, FL.

11

606 Lembo Circle 103

Clearwater, FL 33756 US

+1 662-XXX-5084

28. After receiving summons responses from T-Mobile, matching those received from HSI Tampa in or around March 2022, DCSO was able to identify a Craigan Joyner residing in Tennessee approximately three hours away in Dickson, TN according to law enforcement databases. This individual did not match the description of the individual in the Facebook profile picture provided with the NCMEC tip.

29. After an investigation into the billing name and addresses received from Google, DCSO identified Joshua TRIPP as a sexual offender that had recently relocated to Clearwater, Florida. The tip was then transferred to HSI Tampa for further investigation.

30. On or about August 18, 2022, HSI Tampa executed a search warrant at 111 N Lady Mary Drive Apt 16, Clearwater, FL, signed by a United States Magistrate Judge. Joshua Todd TRIPP (DOB: 12/XX/1979), Craigan JOYNER (DOB: 5/XX/2002, and Donald Ray SHADOWENS III (DOB: 5/XX/1992) were present at the residence.

31. After *Miranda* advisement and waiver, HSI Tampa interviewed Donald SHADOWENS and learned the following information. SHADOWENS and TRIPP were engaged in a relationship when SHADOWENS was living in Tennessee, described as approximately one year prior. SHADOWENS claimed to have downloaded the Telegram application approximately one week ago with intent to

12

speak with an individual he knows. SHADOWEN stated that he was added to an unknown chat that contained sexually explicit images and videos. Initially, SHADOWENS was unsure if the images and videos were of adults or minors. SHADOWENS stated that TRIPP previously informed SHADOWENS that there were filters which could make adults appear as children. SHADOWENS later, however, acknowledged that some of the videos in the chat depicted minors. SHADOWENS stated that he was unable to delete the chat which contained child pornography, which is why it remained on his phone.

32. During the initial search of SHADOWEN'S Nokia X100, computer forensics revealed a chat with "HARDCORE [pizza emoji]"[3]. This chat was discovered on the Telegram application and contained numerous videos of child pornography with no conversational aspect. The chat was between SHADOWENS and "HARDCORE [pizza emoji]. Forensics revealed that SHADOWEN'S had received sexually explicit videos from "HARDCORE [pizza emoji]" as early as May 6, 2020, conflicting with SHADOWENS earlier statements about when he downloaded Telegram. Computer Forensics also discovered multiple instances where SHADOWENS deleted messages within Telegram previously. Additionally, there were 21 videos of child pornography in the downloads section of SHADOWEN'S Telegram application on his phone from unknown chats within the application.

---

[3] Based on my training and experience, your affiant knows that individuals interested in child pornography often use the term cheese pizza or the cheese pizza emoji to conceal their interest in child pornography when naming folders, files, or group chats.

13

33. Initial computer forensics conducted by HSI Tampa revealed approximately 20 images and videos of child pornography on SHADOWENS' Nokia X100. Three of the videos can be described as follows:

   i. "1_4999441988102128071.mp4": This video is forty-four seconds (0:44) and depicts a prepubescent male between the ages of four and eight. The prepubescent male wearing no clothing and his buttocks is exposed to the camera. The prepubescent male is being anally penetrating by an adult male. This video was received on or about August 15, 2022, within the Telegram application.

   ii. "1_5008244991726715694.mp4": This video is three minutes and five seconds (3:05) and depicts a prepubescent male between the ages of four and eight. The prepubescent male naked laying on his side. An adult male is laying beside the prepubescent male and is anally penetrating him. This video was received on or about August 17, 2022, within the Telegram application.

   iii. "1_5075712013049528814.mp4": This video is twenty-six seconds (0:26f) and depicts a prepubescent female between the ages of six and ten. The prepubescent female naked laying on her side. Two males appear to be penetrating her vaginally and anally. This video was received on or about August 17, 2022, within the Telegram application.

14

34. Initial forensics revealed that the above-described photos discovered on SHADOWENS' Nokia X100 were all from the file path: Mnt/pass_through/0/emulated/0/Android/data/org.telegram.messenger/files/Telegram. This denotes that the files were obtained from Telegram.

## CONCLUSION

35. Based on the foregoing facts, there is probable cause to believe that **SHADOWENS** received child pornography, in violation of title 18, United States code, Section 18 U.S.C. § 2252(a)(2).

*[signature]*
Sara Angelosanto
Special Agent
Homeland Security Investigations

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d) before me this __19__ day of August, 2022.

*[signature]*
HONORABLE Christopher P. Tuite
United States Magistrate Judge

15